Court Of Appeals

Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-08-00413-CV

**IN THE INTEREST OF M.L., JR., E.L., AND S.L., CHILDREN**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-PA-01654
Honorable Charles Montemayor, Judge Presiding

Opinion by:   Catherine Stone, Chief Justice

Sitting:      Catherine Stone, Chief Justice
                Phylis J. Speedlin, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:   January 7, 2009

AFFIRMED

This appeal concerns the trial court's termination of Rebecca A.'s and Mario L.'s parental rights to their three children, M.L., Jr., E.L., and S.L.[1] The court-appointed appellate attorney for Rebecca and Mario has moved to withdraw as counsel for Rebecca and Mario and filed *Anders* briefs in support of his request to withdraw. In his briefs, counsel concludes that Rebecca's and Mario's appeal is frivolous and without merit. Counsel's briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. *See In re R.R.*, No.

---

[1] To protect the privacy of the parties in this case, we identify the children by their initials and the parents by their first names only. *See* TEX. FAM. CODE ANN. § 109.002(d) (Vernon 2002).

04-03-00096-CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (mem. op.) (applying *Anders* procedure in appeal from termination of parental rights).

Rebecca and Mario were delivered a copy of counsel's briefs, and both were advised of their right to examine the record and to file a pro se brief. No pro se briefs have been filed. After reviewing the record, we agree that Rebecca's and Mario's appeal is frivolous and without merit. The judgment of the trial court is therefore affirmed. Furthermore, we grant counsel's request to withdraw as counsel for Rebecca and Mario.

Catherine Stone, Chief Justice